*General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 653. COLLINS *v.* WAYLAND ET AL. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Arizona denied. *Mr. Thomas A. Flynn* for petitioner. *Mr. Charles L. Strouss* for respondents.

No. 655. FOSTER ET AL. *v.* UNITED STATES; and

No. 656. BUESCHER ET AL. *v.* UNITED STATES. March 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. C. Pryor* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 658. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. S. Leo Ruslander* and *Samuel Kaufman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Archibald Cox* for respondent.

No. 667. AMERICAN UNITED LIFE INSURANCE Co. ET AL. *v.* FISCHER, COMMISSIONER OF INSURANCE, RECEIVER. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edmund C. Shields, Clayton F. Jennings, Robert A. Adams, B. E. Godfrey,* and *John M. Scott, Jr.* for pe-

titioners. *Mr. Willis J. O'Brien* for respondent.

No. 668. DE JONG *v.* TIETSORT. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John James Ziska* for petitioner. *Mr. John J. Yowell* for respondent.

No. 672. REED ET AL. *v.* CHICAGO, NORTH SHORE & MILWAUKEE RAILROAD CO. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Vincent D. Wyman* for petitioners. *Mr. Addison L. Gardner* for respondent.

No. 674. HUMES *v.* HUDSPETH ET AL. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Arthur S. Humes, pro se.*

No. 597. MCSPARRAN *v.* CITY OF PORTLAND. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Hayden C. Covington* for petitioner. *Mr. Lyman E. Latourette* for respondent.

No. 615. KEEFE ET AL. *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. Ira Lloyd Letts* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* and *Mrs. Eliz-*